IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
NOV 1 2 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| JOHN P. JOHNSON, *Plaintiff* | )<br>)<br>) |
| v. | ) Case No. 5:21-cv-00897<br>) |
| RAUSCH STURM, LLP,<br>RAYMOND J. RAUSCH,<br>WILLIAM C. STURM,<br>SCOTT M. ISRAEL,<br>GREGORY W. ENERSON,<br>ROBERT HORNIK,<br>ROBERTO J. JARAMILLO,<br>COLIN P. BROGAN,<br>DISCOVER BANK,<br>*Defendants* | )<br>) Judge Jason K Pulliam<br>)<br>)<br>)<br>) Trial By Jury Demanded<br>)<br>)<br>)<br>)<br>))) |

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO STAY OR ABATE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, John P. Johnson, hereby responds Defendants' Motion to Stay or Abate.

1. Count five of Plaintiff's First Amended Complaint asserts a claim under the Texas Deceptive Trade Practices Act Consumer Practices Act, Tex. Bus. & Com. Code Ann. § 17.41.

3. Counsel for the Defense asserts "Here, Plaintiff has forced the filing of this plea as he has failed to provide the requisite notice". Counsel for the Defense

1

then assert, "therefore seek their reasonable fees incurred in connection with the filing and prosecution of this motion".

4. Plaintiff was opposed to the Motion to Stay or Abate. However, Plaintiff was not then and is not now opposed to an alternate solution. Attorney Manuel Newburger gave notice of his intent to file the Motion one day prior to the filing, and although that is not normally a problem, in this case, the Plaintiff who is Pro Se, needed more time to rationalize a solution that would not delay or add cost to this litigation.

Wherefore, Plaintiff prays that this Honorable Court allow him to Amend his complaint to avoid costs and delay. Plaintiff also prays that Counsels' demand for reasonable fees be denied until Plaintiff has had the opportunity to remedy.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Plaintiff's Motion in Opposition to Defendants' to Motion to Stay or Abate was served on the persons on the Service List below via email and USPS First Class November 12, 2021

**SERVICE LIST:**

Helen Mosothoane
McGlinchey Stafford, PLLC
Three Energy Square
6688 N. Central Expressway, Ste 400
Dallas, TX 75206
214-445-2449
Fax: 214-445-2450
hmosothoane@mcglinchey.com

Manuel H Newburger
BARRON & NEWBURGER, P.C.
7320 N. Mo Pac Expy., Suite 400
Austin, Texas 78731
512-649-4022
Fax: 512-279-0310
mnewburger@bnlawyers.com

*[signature]* November 12, 2021